# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| | |
|---|---|
| Case No: 19-57571 | Trustee Name: BASIL T. SIMON, TRUSTEE |
| Judge: PHILLIP J. SHEFFERLY | Date Filed (f) or Converted (c): 12/16/19 (f) |
| Case Name: LOBDELL, ROBERT B. / LOBDELL, AMY L. | 341(a) Meeting Date: 01/23/20 |
| For Period Ending: 03/03/20 | Claims Bar Date: |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1143 AUTUMNVIEW DR ROCHESTER MI 48307-0000, SINGLE | 600,000.00 | Unknown | | 0.00 | Unknown |
| 2. 2018 HONDA ACCORD (LEASE) | 0.00 | 0.00 | | 0.00 | FA |
| 3. 2016 LINCOLN MKX (LEASE) | 0.00 | 0.00 | | 0.00 | FA |
| 4. 2017 CHEVROLET SILVERADO (LEASE) | 0.00 | 0.00 | | 0.00 | FA |
| 5. 2019 CHEVROLET EQUINOX (LEASE) | 0.00 | 0.00 | | 0.00 | FA |
| 6. SOFAS, DINETTE SET, BEDROOM SETS, KITCHENWARE, APP | 8,000.00 | 0.00 | | 0.00 | FA |
| 7. COMPUTER, TVS, 2 IPADS | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. FIGURINES, BOOKS, CDS, DVDS | 500.00 | 0.00 | | 0.00 | FA |
| 9. USED SPORTS AND EXERCISE EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 10. 3 SHOTGUNS, 2 PISTOLS, 1 CROSS BOW | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. REGULAR WEARING APPAREL | 1,200.00 | 0.00 | | 0.00 | FA |
| 12. COSTUME JEWERLY AND WEDDING RINGS | 2,750.00 | 0.00 | | 0.00 | FA |
| 13. 2 DOGS | 2.00 | 0.00 | | 0.00 | FA |
| 14. CASH | 28.00 | 0.00 | | 0.00 | FA |
| 15. JOINT BANK OF AMERICA ACCOUNT ENDING 0929 | 53.00 | 0.00 | | 0.00 | FA |
| 16. BANK OF AMERICA ACCOUNT ENDING 5378 | 1,162.00 | 0.00 | | 0.00 | FA |
| 17. LOBSTER ENTERPRISES, LLC - NO ASSETS, NO LIABILITI | 1.00 | 0.00 | | 0.00 | FA |
| 18. 403(B) RETIREMENT SAVINGS ACCOUNT THROUGH BEAUMONT | 5,859.00 | 0.00 | | 0.00 | FA |
| 19. MESP ACCOUNT HELD JOINTLY WITH ROBERT D. LOBDELL A | 0.00 | 0.00 | | 0.00 | FA |
| 20. 2019 EXPECTED FEDERAL AND STATE | 800.00 | 0.00 | | 0.00 | FA |

| Case No: | 19-57571 | Judge: PHILLIP J. SHEFFERLY | Trustee Name: | BASIL T. SIMON, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | LOBDELL, ROBERT B. | | Date Filed (f) or Converted (c): | 12/16/19 (f) |
| | LOBDELL, AMY L. | | 341(a) Meeting Date: | 01/23/20 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| REFUNDSTATE AND FE | | | | | |
| 21. AMERICAN GENERAL AIG TERM LIFE POLICY - AMY LOBDEL | 1.00 | 0.00 | | 0.00 | FA |
| 22. AT&T GROUP TERM LIFE - ROBERT LOBDELL (INSURED - O | 1.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)  $624,357.00   $0.00   $0.00

Value of Remaining Assets  $0.00
(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

03/03/20 - AFFIDAVIT TO EMPLOY ATTORNEY FOR TRUSTEE FILED;
02/25/20 - TRUSTE TO INVESTIGATE VALUE AND LIENS ON REAL PROPERTY AND POSSIBLE SALE OF SAME;
02/18/20 - MOTION FOR RELIEF FILED RE: REAL PROPERTY;

Initial Projected Date of Final Report (TFR): 12/31/22    Current Projected Date of Final Report (TFR): 12/31/22