# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In the Matter of:                           In Bankruptcy:

ROBERT & AMY LOBDELL                  Case No.: 19-57571-LSG
                                            Chapter 7
                                            Honorable Lisa S. Gretchko
_____*Debtor (s)*_____/

## COVER SHEET FOR MOTION TO APPROVE SALE PROCEDURES

      The Trustee, Basil T. Simon, has filed a motion for approval of procedures for the sale of assets (and motion to transfer liens and interests to sale proceeds), which is being filed simultaneously. Pursuant to E.D. Mich. LBR 6004-1, the Trustee has identified below, by page and paragraph number, the location in the proposed order accompanying the motion of each of the following provisions:

| PROVISION | CONTAINED IN PROPOSED ORDER | LOCATION IN PROPOSED ORDER |
|---|---|---|
| (1) Provisions concerning the qualifications of the bidding parties | _X_ Yes <br> _____ No | Page 2, ¶2 |
| (2) Provisions concerning the criteria for a qualifying bid and any deadlines for (i) submitting such a bid, and (ii) notification of whether the bid made constitutes a qualifying bid. | _X_ Yes <br> _____ No | Page 2, ¶2 |
| (3) Provisions that required qualified bids to identify points of variation from the stalking horse bid (including price and other terms). | _____ Yes <br> _X_ No | Page_____, ¶ |
| (4) Provisions pertaining to the conditions to the qualified bidders' obligation to consummate the purchase (including the time period within which the purchaser must close the transaction). | _____ Yes <br> _X_ No | Page_____, ¶ |

| | | |
|---|---|---|
| (5) Provisions pertaining to the amount required for a good faith deposit. | ___X___Yes<br>_____ No | Page 2, ¶2 |
| (6) Provisions that relate to a "Back-Up Buyer" should the first winning bidder fail to close the transaction within a specified period of time. | _____Yes<br>__X____ No | Page_____, ¶ |
| (7) No-shop or No-Solicitation provisions including the justification for such provision. | _____Yes<br>__X____ No | Page_____, ¶ |
| (8) Provisions relating to Break-Up fees, Topping fees, and/or Expense Reimbursement (including the waiver of such fees due to rebidding. | _____Yes<br>__X____ No | Page_____, ¶ |
| (9) Provisions specifying the bidding increments. | ___X___Yes<br>_____ No | Page 1, ¶1 |
| (10) Provisions relating to auction procedures including manner in which auction is to be conducted and when the auction will be open and when it will close. | __X____Yes<br>_____ No | Page 1, ¶1 |
| (11) Provisions relating to whether the auction will occur and the termination of the auction process and/or sale | ___X___Yes<br>_____ No | Page 1, ¶1 |
| (12) Provision whether 10 day stay of F.R. Bankr.P. 6004(g) and 6006(d) is waived. | __X____Yes<br>_____ No | Page 3, ¶8 |
| (13) Provisions regarding time for notice, submission of bids, objections to sale and other key events. | _____Yes<br>__X____ No | Page_____, ¶ |

SIMON, STELLA & ZINGAS, P.C.

BY: /S/ Stephen P. Stella
STEPHEN P. STELLA (P33351)
Attorney for Trustee
645 Griswold, Ste. 3466
Detroit, Michigan  48226
(313) 962-6400
attorneystella@sszpc.com

Dated:  July 16, 2021