UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:   In Bankruptcy:

ROBERT & AMY LOBDELL   Case No.: 19-57571-LSG
   Chapter 7
   Honorable Lisa S. Gretchko

_____Debtor (s)_____/

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN)
        ) ss.
COUNTY OF WAYNE)

ANTINETTE GATY, being first duly sworn, deposes and says that on the 16th day of July, 2021, she served a copy of Notice of Filing Motion For Order Approving Sale Procedures; Transferring Liens And Other Interests To Sale Proceeds; And To Pay Closing Costs At Closing And To Pay Real Estate Commission upon all creditors listed on the clerk of the court's mailing matrix by placing same in a U.S. mail receptacle in Detroit, Michigan, first class, postage-prepaid.

/S/ Antinette Gaty
ANTINETTE GATY
645 Griswold, Ste. 3466

Subscribed and sworn to before me
this 16TH day of July, 2021

Detroit, MI 48226
(313) 962-6400

/s/ Stephen P. Stella
STEPHEN P. STELLA, Notary Public
Oakland County, Michigan
My commission expires: 11-18-23

attorneystella@sszpc.com
Secretary to Stephen P. Stella